# In the United States District Court for the Southern District of Georgia Waycross Division

| | | |
|---|---|---|
| ANGEL CARDENAS MARTINEZ, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:17-cv-120 |
| | * | |
| v. | * | |
| | * | |
| TRACY JOHNS, Warden, | * | |
| | * | |
| Respondent. | * | |

## ORDER

Presently before the Court is the Magistrate Judge's October 31, 2017, Report and Recommendation, dkt. no. 2, to which the Petitioner has not filed Objections. After an independent and de novo review of the entire record, the Court **CONCURS** with the Magistrate Judge, and **ADOPTS** the Report and Recommendation as the opinion of the Court. Consequently, the Court **DISMISSES** Petitioner's Petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241. Additionally, the Court **DENIES** Petitioner leave to appeal *in forma pauperis*.

The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 5 day of December, 2017.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)